# UNITED STATES DISTRICT COURT
# FOR THE MIDDLE DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| RICHARD HACKERMAN, | : | CIVIL NO: 1:13-CV-02883 |
| | : | |
| Plaintiff, | : | |
| | : | |
| v. | : | (Magistrate Judge Schwab) |
| | : | |
| DONALD DEMEZA AND | : | |
| TOLEDO RACING STABLES, LLC, | : | |
| | : | |
| Defendants. | : | |

## ORDER
March 31, 2016

Upon consideration of the parties' cross motions (*docs.73*, *85*) for summary judgment, and for the reasons set forth in the accompanying memorandum, **IT IS HEREBY ORDERED** that Plaintiff's motion (*doc. 85*) is **GRANTED**, and Defendants' motion (*doc. 73*) is **DENIED**.  **IT IS FURTHER ORDERED** that a conference call is scheduled for **April 18, 2016 at 10:30 a.m.,** to discuss whether mediation or a settlement conference would be of benefit to the parties.  Counsel for Plaintiff shall initiate the call, ensuring that all parties are on the telephone line before contacting Chambers at (717) 221-3980.  In light of this conference call, **IT IS FINALLY ORDERED** that Defendants' motion (*doc. 65*) to exclude the testimony of Plaintiff's expert witness, Carl Thurow, is **STAYED** pending the

forthcoming telephone conference regarding the possibility of settlement discussions.

<u>***S/Susan E. Schwab***</u>
Susan E. Schwab
United States Magistrate Judge